IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01637-MJW-KLM

ROSEMOUNT, INC., et al,

Plaintiff(s),

v.

PHARMACEUTICAL WATER, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that a Telephonic Status Conference is set on December 9, 2009, at 9:30 a.m. and the plaintiffs shall initiate a conference call to all parties and then contact the court by calling (303) 844-2403.

Date:  October 20, 2009