IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01637-MJW-KLM

ROSEMOUNT, INC., et al.,

Plaintiff(s),

v.

PHARMACEUTICAL WATER, INC.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on October 7, 2009, by Senior District Judge Richard P. Matsch and was assigned to Magistrate Judge Michael J. Watanabe on October 7, 2009.

      Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kristen L. Mix is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

      FURTHER, it is ORDERED that the Order of Reference to Magistrate Judge, entered by Senior District Judge Richard P. Matsch (DN 2), is VACATED.

      FURTHER, it is ORDERED that a Telephonic Status Conference is set before Magistrate Judge Michael J. Watanabe on December 9, 2009, at 9:30 a.m.  Counsel for the Plaintiff shall initiate a conference call to all parties and contact the court by calling (303) 844-2403 at the time scheduled.

      Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

      DATED THIS 20TH DAY OF OCTOBER, 2009

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge