IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01637-MJW-KLM

ROSEMOUNT, INC., et al.,

Plaintiff(s),

v.

PHARMACEUTICAL WATER, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Final Pretrial Conference, DN 37, filed with the court on April 28, 2010, is DENIED. The parties shall comply with the Court's Courtroom Minutes/Minute Order, DN 33, filed with the Court on December 9, 2009, and **forthwith** submit their Proposed Final Pretrial Order and plan to be present **in person** for the Final Pretrial Conference set on Friday, April 30, 2010, at 8:30 a.m., (Mountain Time), in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: April 28, 2010