IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01637-~~REM~~-KLM  [MJW]

ROSEMOUNT, INC. and
ROSEMOUNT ANALYTICAL, INC.,

    Plaintiffs,

v.

PHARMACEUTICAL WATER, INC.,

    Defendant.

---

**STIPULATED JUDGMENT AND ORDER GRANTING
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
(Docket No. 40)

---

Plaintiffs, Rosemount Inc. and Rosemount Analytical Inc., commenced this breach of contract and UCC action by filing the Complaint herein to recover the contract price for goods sold and delivered. Defendant Pharmaceutical Water, Inc. has been duly served with the summons and Complaint and has filed its Answer and Counterclaims. To avoid the expense, delay, and uncertainty of litigation, the parties, respectively represented by the attorneys whose names appear hereafter, desire and have agreed to resolve and settle this action by entering into this mutually agreed upon and assented to Stipulated Judgment and Order Granting Plaintiffs' Motion for Summary Judgment (this "Stipulated Judgment") setting forth the terms and conditions of settlement.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED AND THIS COURT FINDS as follows:

- 1 -

A.  This Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. § 1332(a), 28 U.S.C. § 636(c); Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2.

B.  Venue is proper as to all parties in the District of Colorado.

C.  On April 7, 2010, Plaintiffs filed herein a Motion for Summary Judgment (Docket po 36) with supporting exhibits (collectively, the "<u>Summary Judgment Motion</u>"). If granted, the Summary Judgment Motion will completely dispose of all claims and issues in this civil action.

D.  Defendant's answer to the Summary Judgment Motion was due on April 28, 2010. Defendant has not filed a response to the Summary Judgment Motion. Defendant confesses and does not oppose the Summary Judgment Motion or the entry of judgment on the Summary Judgment Motion on the terms set forth herein.

E.  As a result of Defendant's failure to respond to and agreement not to contest or otherwise oppose the Summary Judgment Motion, all facts and allegations asserted by Plaintiffs in the Summary Judgment Motion and the attachments and exhibits thereto are incorporated by reference into this Stipulated Judgment as if fully set forth herein and are hereby treated as stipulated and otherwise undisputed facts.

F.  The parties have entered into this Stipulated Judgment freely and without coercion. The parties acknowledge that they are familiar with, understand, and agree to the provisions set forth herein.

G.  Plaintiffs and Defendant hereby waive all rights to appeal or otherwise challenge or contest the validity of this Stipulated Judgment.

H.  Good cause has been shown for the relief granted herein.

ACCORDINGLY, due notice having been provided, the Court, having jurisdiction hereof and after being well and truly advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiffs' Summary Judgment Motion (Docket no. 36) is granted and judgment shall be entered in favor of Plaintiffs and against Defendant on all claims and counts set forth in Plaintiffs' Complaint, for the amounts set forth below.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT Defendant's counterclaims and all other claims against and/or relief from Plaintiffs as set forth or referenced in Defendant's Answer, in all respects, are denied and hereby DISMISSED WITH PREJUDICE.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Rosemount Inc. shall have judgment of and against Defendant Pharmaceutical Water, Inc. for actual damages in the amount of NINETY TWO THOUSAND SEVEN HUNDRED FORTY-EIGHT AND 40/100 DOLLARS ($92,748.40).

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Rosemount Analytical Inc. shall have judgment of and against Defendant Pharmaceutical Water, Inc. for actual damages in the amount of THIRTY THOUSAND SEVEN HUNDRED TWENTY-EIGHT AND 35/100 DOLLARS ($30,728.35).

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT the parties shall bear their own costs incurred in litigating this action.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT this Stipulation Judgment is a final order constituting the full, complete, and final settlement and resolution of this action.

APPROVED AND AGREED:

*s/ David Walsh*
Matthew J. Smith
Husch Blackwell Sanders LLP
1700 Lincoln Street, Suite 4700
Denver, CO 80203
Telephone: 303-749-7200
Facsimile: 303-749-7272
matt.smith@huschblackwell.com

AND

John J. Cruciani
David Walsh
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
john.cruciani@huschblackwell.com
david.walsh@huschblackwell.com

*Attorneys for Plaintiffs Rosemount, Inc. and Rosemount Analytical, Inc.*

*s/ David M. Koppa*
David M. Koppa
Attorney-at-Law
422 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: (719) 884-0503
attorney@davidkoppa.com

*Attorney for Defendant Pharmaceutical Water, Inc.*

IT IS SO ORDERED this 29th day of April, 2010. There shall be no stay of execution of this Stipulated Judgment. This Stipulated Judgment shall be effective immediately upon entry by the Court, and the clerk is directed to enter judgment for Plaintiffs consistent with the terms hereof.

Honorable Michael J. Watanabe
United States Magistrate Judge